■ MARY ANN ANDERSON, Appellant, v NOTTINGHAM VILLAGE HOMEOWNER'S ASSOCIATION, INC., Respondent and Third-Party Plaintiff. PAV's PAINTING & HOME IMPROVEMENTS et al., Third-Party Defendants-Respondents. [840 NYS2d 880]—Motion for reargument granted and, upon reargument, the memorandum and order entered February 2, 2007 (37 AD3d 1195 [2007]) is amended by deleting the phrase "within 30 days" from the ordering paragraph and substituting the phrase "within 160 days." Present—Martoche, J.P., Smith, Centra and Green, JJ.

■ INNOVATIVE TRANSMISSION & ENGINE COMPANY, LLC, et al., Appellants, v RICHARD S. MASSARO, JR., et al., Respondents. [836 NYS2d 482]—Motion for reargument denied. Present—Martoche, J.P., Smith, Centra and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v SHADI AGHA, HELMI AGHA, JAMIL FAWZI HASAN, Also Known as "JIMMY," Respondents, et al., Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v HELMI AGHA, EYAD ABDALLAH, Also Known as "EDDIE," and JAMIL FAWZI HASAN, Also Known as "JIMMY," Respondents. [840 NYS2d 881]—Motion for reargument granted and, upon reargument, the memorandum and order entered February 2, 2007 (37 AD3d 1202 [2007]) is amended by deleting the first two sentences of the fifth paragraph of the memorandum and substituting the following sentence: "With respect to those parts of defendants' motions to suppress the evidence obtained as a result of the eavesdropping warrants, the suppression court determined that the People 'may have shown' that they had probable cause to obtain the warrants, but it nevertheless determined that the People failed to establish that normal investigative procedures had been tried and had failed, or that they 'reasonably appear[ed] to be unlikely to succeed if tried' (CPL 700.15 [4])." Present—Scudder, P.J., Martoche, Centra and Pine, JJ.

■ In the Matter of the Arbitration between ROCHESTER CITY SCHOOL DISTRICT, Appellant and ROCHESTER TEACHERS ASSOCIATION, NYSUT/AFT-AFL/CIO, et al., Respondents. [836 NYS2d 481]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Gorski and Centra, JJ.

■ JOHN AMANTIA, Respondent-Appellant, v BARDEN & ROBESON CORPORATION et al., Appellants-Respondents. [836 NYS2d 481]—Motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Gorski, Lunn, Peradotto and Green, JJ.